UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM BULLOCK STEWART,<br><br>　　　　Defendant. | Case No. 18-cv-06828-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 6 |

The Court has reviewed Magistrate Judge Hixson's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed.[1] The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the Motion to Remand is GRANTED. The Clerk is directed to remand this case to the Alameda County Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: 12/3/2018

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Plaintiff submitted a filing on November 26, 2018, which was not considered here because it does not constitute an objection to Magistrate Judge Hixson's Report and Recommendation. *See* Dkt. No. 10.