UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM BULLOCK STEWART,<br><br>Defendant. | Case No. 18-cv-06828-HSG<br><br>**ORDER DENYING EX PARTE APPLICATIONS**<br><br>Re: Dkt. Nos. 40, 41 |

This action was improperly removed from the Alameda County Superior Court on November 9, 2018. *See* Dkt. No. 1. On December 3, 2018, the Court adopted Magistrate Judge Hixson's Report and Recommendation, remanded the case back to the state court, and closed the case. *See* Dkt. Nos. 11–12. The Court later denied ex parte applications, which together sought to set aside the remand order. *See* Dkt. No. 27. On January 3, 2019, the Court received ex parte applications for mandatory change in venue and to shorten time for consideration. *See* Dkt. No. 40–41.

The Court has remanded and closed this case. *See* Dkt. Nos. 11–12. This case has ended. The Court thus **DENIES** the pending ex parte applications—as well as any other pending applications or motions—as moot. The Court will not accept or review any further filings in this closed case.

**IT IS SO ORDERED.**

Dated: 1/10/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge